UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-23958-KMM

**SECURITIES AND EXCHANGE COMMISSION,**

          **Plaintiff,**

v.

**DESTINY ROBOTICS CORP.**
and
**MEGI KAVTARADZE,**

          **Defendants.**
_____/

### FINAL JUDGMENT AS TO DEFENDANT DESTINY ROBOTICS CORP.

The Securities and Exchange Commission having moved for entry of final judgment against Defendant Destiny Robotics Corp. ("Destiny Robotics" or Defendant") (DE 4) ("Motion") and having filed a Complaint, and Defendant having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction) waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

I.
**PERMANENT INJUNCTIVE RELIEF**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Sections 17(a)(2) and 17(a)(3) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. §§ 77q(a)(2) and 77q(a)(3)] in the offer



or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (b) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser,

by, directly or indirectly, (i) creating a false appearance or otherwise deceiving any person, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, about:

        (A) any investment in securities;

        (B) the prospects for success of any product or company;

        (C) the use of investor funds, including as compensation to any person; and/or

        (D) the qualifications of management.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.
## INCORPORATION OF CONSENT

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.
## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

DONE and ORDERED, in Chambers, in Miami, Florida, this _____ day of _____, 2024.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE